No. 86–740. OMNI CAPITAL INTERNATIONAL, LTD., ET AL. *v.* RUDOLF WOLFF & CO., LTD., ET AL. C. A. 5th Cir. Certiorari granted.

No. 86–890. DEAKINS ET AL. *v.* MONAGHAN ET AL. C. A. 3d Cir. Certiorari granted.

No. 86–964. THOMPSON *v.* THOMPSON, AKA CLAY. C. A. 9th Cir. Certiorari granted.

No. 86–472. CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.* INTERNAL REVENUE SERVICE. C. A. D. C. Cir. Certiorari granted. JUSTICE BRENNAN and JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–5963. TAYLOR *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 85–1633. MERCHANTS NATIONAL BANK OF MOBILE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1948. DUNNING, DIRECTOR OF THE NEBRASKA DEPARTMENT OF PUBLIC WELFARE, ET AL. *v.* NEBRASKA HEALTH CARE ASSN., INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–6394. MURALT *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 86–76. BRANCH BANKING & TRUST CO. ET AL. *v.* NATIONAL CREDIT UNION ADMINISTRATION BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–209. HUNTER ENGINEERS & CONSTRUCTORS, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.